UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

ANTONIO GARZA,

        Petitioner,               Case No. 2:20-cv-175

v.                                        Honorable Paul L. Maloney

MIKE BROWN,

        Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:   October 2, 2020                        /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 United States District Judge