UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

———

A<small>NTONIO</small> G<small>ARZA</small>,

       Petitioner,          Case No. 2:20-cv-175

v.                                Honorable Paul L. Maloney

M<small>IKE</small> B<small>ROWN</small>,

       Respondent.
_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated:   October 2, 2020                      /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge